1  JOHN W. CARPENTER (221708)
   DANIEL REMER (83702)
2  Technology Licensing Company Inc.
   Pier 19
3  The Embarcadero
   San Francisco, CA 94111
4  Telephone: (415) 398-4517
   Facsimile: (415) 276-9857
5
   *Attorneys for Plaintiff and Counterclaim Defendant*
6  *Technology Licensing Company, Inc.*

7

8

9

10                    UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

12  | TECHNOLOGY LICENSING | **CASE NO. C-04-04798 CW** |
    | COMPANY, INC., | |
13  | | **ORDER GRANTING STIPULATION OF** |
    | Plaintiff, | **DISMISSAL** |
14  | | |
    | v. | |
15  | | |
    | Bang & Olufsen America Inc, | |
16  | | |
    | Defendants. | |
17

18

19       Pursuant to a confidential settlement agreement and release, IT IS HEREBY STIPULATED

20  by and between Plaintiff TECHNOLOGY LICENSING COMPANY, INC. ("TLC") and

21  Defendant Bang & Olufsen America Inc, through their counsel of record, that the above-captioned

22  action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant

23  to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear its own costs.

24

25

26

27

28

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**                    CASE NO. C-04-04798 CW

1 | Dated: June 16, 2005

By:  s/ Daniel Remer
John Carpenter (221708)
Daniel Remer (83702)
Technology Licensing Company Inc.
Pier 19
The Embarcadero
San Francisco, CA 94111
Telephone: (415) 398-4517
Facsimile: (415) 276-9857

*Attorneys for Plaintiff and Counterclaim Defendant Technology Licensing Company, Inc..*

Dated: June 16, 2005

By:  s/Bobbie Wilson
Bobbie Wilson, Esq.
Howard, Rice, Nemerovski, Canady, Falk & Rabkin
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 217-5910

*Attorneys for Defendant and Counterclaim Plaintiff Bang & Olufsen America*

**ORDER**

IT IS SO ORDERED.

Dated: 6/24/05

/s/ CLAUDIA WILKEN

Claudia Wilken
U.S. District Judge

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**          CASE NO. C-04-04798 CW